FILED: July 23, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1640
(3:11-cv-00054-GEC)

_____

MICHAEL JAMES KEITZ

       Plaintiff - Appellant

v.

UNNAMED SPONSORS OF COCAINE RESEARCH STUDY;
COMMONWEALTH OF VIRGINIA; UNIVERSITY OF VIRGINIA AND
MEDICAL CENTER; UNNAMED DIRECTOR OF UVA CENTER FOR
ADDICTION RESEARCH; UVA CENTER FOR ADDICTION RESEARCH;
UNNAMED #1, MALE NURSE, UVA CARE; UNNAMED #2 MALE DOCTOR,
UVA CARE; UNNAMED #3 FEMALE RESEARCH ASSISTANT, UVA CARE;
UNNAMED #4, 5, 6 MALE E.R. DOCTORS, UVA MEDICAL CENTER;
UNIVERSITY OF VIRGINIA; RECTORS & VISITORS OF THE UNIVERSITY OF
VIRGINIA

       Defendants - Appellees

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk